In the Interest of Z.J.F., Guardian Ad Litem and Juvenile Officer, Respondent,

v.

M.F. and D.F., Natural Parents, Appellants.

Nos. WD 49645, WD 49654.

Missouri Court of Appeals, Western District.

May 2, 1995.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 27, 1995.

Gerald F. McGonagle, Kansas City, for M.F.

Kevin R. Thomas, Independence, for D.F.

Ellen D. Jervis, Kansas City, for Juvenile Officer.

Before BRECKENRIDGE, P.J., and ELLIS and LAURA DENVIR STITH, JJ.

### ORDER

PER CURIAM:

This is an appeal from an order of the juvenile court terminating parental rights.

The judgment is affirmed. Rule 84.16(b).

Jason Lee BROWN, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 49611.

Missouri Court of Appeals, Western District.

May 9, 1995.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 27, 1995.

Craig A. Johnston, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before: ULRICH, P.J., and LOWENSTEIN and ELLIS, JJ.

### ORDER

PER CURIAM.

Appellant pled guilty to first degree robbery and filed for relief under Rule 24.035 to set aside his plea. His appointed counsel filed an affidavit stating the pro se motion contained all claims that could be addressed. Movant asserts on appeal this counsel abandoned him. Affirmed. Rule 84.16(b).